KC Garner #13936
Brian Wurtz #11436
Beehive Advocates
10907 South State Street
Sandy, Utah 84070
Telephone: (801) 432-2975
Facsimile: (801) 528-3092

Attorneys for Debtor

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

---

| | |
|---|---|
| In re: | Case No. 19-21380 |
| BRANDON T. WISE | Chapter 13 |
| Debtor. | Judge R. KIMBALL MOSIER |
| | Filed Electronically |

---

**PRECONFIRMATION MOTION TO MODIFY CHAPTER 13 PLAN
AND TO CONFIRM SUCH PLAN WITHOUT NOTICE OR HEARING**

---

Under 11 U.S.C. § 1323, the Debtor hereby modifies the most-recently filed Chapter 13 plan and moves the court for confirmation of the plan as modified without further notice and hearing. In support thereof, the Debtor represents as follows:

1. The most recently-filed plan is hereby modified as follows:

1

| Section | Previously-Filed Plan Provision | Plan as Modified |
|---|---|---|
| 3.3 | Name of Creditor: Right Size Funding/HLS Nevada; Collateral: 2010 Nissan Titan; Amount of claim: $12,000.00; Interest rate: 6.0%; Monthly plan payment: $260.00; Estimated total payments by trustee: $14,117.87 | Name of Creditor: Right Size Funding/HLS Nevada; Collateral: 2010 Nissan Titan; Amount of claim: $12,000.00; **Interest rate: 8.0%;** Monthly plan payment: $260.00; Estimated total payments by trustee: **$14,980.71** |
| 8.1 | Right Size Funding/HLS Nevada – See Section 3.3 above for payment on the 2010 Nissan Titan | Right Size Funding/HLS Nevada – See Section 3.3 above for payment on the 2010 Nissan Titan. **If Debtor is more than 30 days delinquent on plan payments, the stay may be lifted as to HLS Nevada upon a declaration of noncompliance by HLS Nevada. Furthermore, if the case dismisses or the automatic stay is lifted as to HLS Nevada within 6 months of confirmation, Debtor stipulates that the automatic stay will not be effective as to HLS Nevada and the 2010 Nisan Titan in any future bankruptcy filed within 6 months of dismissal of this case.** |

2. The modifications do not negatively impact secured, priority, or nonpriority unsecured creditors.

3. Under § 1323(c), any holder of a secured claim that has accepted or rejected the prior plan is deemed to have accepted or rejected, as the case may be, the plan as

modified, unless the modification provides for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

THEREFORE, because the modification does not require notice to creditors, the Debtor requests the court confirm the plan as modified without further notice or hearing.

Dated this 13th day of May 2019.

    Beehive Advocates

    /s/
    Brian Wurtz
    Attorney for Debtor

3

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 13th day of May, 2019, I caused a true and correct copy of the foregoing *Preconfirmation Motion to Modify Chapter 13 Plan and to Confirm Such Plan without Notice or Hearing* to be served electronically to all parties entitled to receive CM/ECF notice in this case.

    /s/
Brian Wurtz

4