**This order is SIGNED.**





**Dated: July 30, 2019**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| IN RE:<br>BRANDON TROYE WISE<br><br>Debtor | CASE NO: 19-21380<br>Chapter 13<br>Hon. R. KIMBALL MOSIER<br><br>Confirmation Hearing: July 23, 2019 |
|---|---|

**ORDER CONTINUING CONFIRMATION HEARING**
**FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on July 23, 2019  10:00 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to September 10, 2019 at 10:00 AM.

If the plan is not confirmed at the continued confirmation hearing, the case shall be dismissed.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on  July 23, 2019.

BRIAN WURTZ,  ECF NOTIFICATION

BRANDON TROYE WISE, 133 E STREET , HELPER, UT  84526

_/S/ Samantha Phillips_

## DESIGNATION OF PARTIES TO BE SERVED

CHAPTER 13 TRUSTEE - ECF NOTIFICATION

BRANDON TROYE WISE, 133 E STREET , HELPER, UT  84526

BRIAN WURTZ, ECF Notification